# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-253-KJD-EJY |
| Plaintiff, | **Order Granting** |
| v. | **Motion to Dismiss the Indictment and Quash the Arrest Warrant** |
| KARINA BURCIAGA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant Karina Burciaga.

NICHOLAS A. TRUTANICH
United States Attorney

*s*/Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed, it is hereby ordered that the arrest warrant issued June 2, 2010, is quashed.

DATED this   1st   day of   April  , 2021.

HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE